# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Civil Action No. 5:15-cv-01562-FJS-DEP

JOHN DOE subscriber assigned IP address
68.172.43.209,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"), through his counsel, Riccardo Galbato, Galbato Law, 71 Genesee Street, Auburn, New York, 13021. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 68.172.43.209. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 9, 2016                                  Respectfully submitted,

**IT IS SO ORDERED:**
_____
**David E. Peebles**
**U.S. Magistrate Judge**

**Dated:** May 10, 2016
         **Syracuse, NY**

By:   /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.
jjameslaw@optonline.net
The James Law Firm PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601

1

Telephone: 914-358-6423  
Facsimile: 914-358-6424  
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*  
Jacqueline M. James